FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA  CR
2025 APR 18 AM 11 56
CAROL L. MICHEL, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PETTY OFFENSE**

### BILL OF INFORMATION FOR FAILURE TO REGISTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 25-0095 |
| v. | * | SECTION: DUTY MAG. |
| OSBORN NASH BODDEN WELCOME<br>a/k/a OSBORN N. BODDEN<br>a/k/a OSTIN WELCOME-BODDEN | * | VIOLATION: 8 U.S.C. § 1306(a) |
| | * * * | |

The United States Attorney charges that:

### COUNT 1

Beginning in or about 2001, and continuing until at least April 13, 2025, in the Eastern District of Louisiana and elsewhere, the defendant, **OSBORN NASH BODDEN WELCOME**, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

*[signature]*

PAUL J. HUBBELL
G. DALL KAMMER
Assistant United States Attorneys

New Orleans, Louisiana
April 18, 2025

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc.No. _____

No. _____

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

OSBORN NASH BODDEN WELCOME
a/k/a OSBORN N. BODDEN
a/k/a OSTIN WELCOME-BODDEN

BILL OF INFORMATION FOR
FAILURE TO REGISTER

Violation(s):    8 U.S.C. § 1306(a)

Filed _____, 20 25

_____, Clerk.

By _____, Deputy

_____
Assistant United States Attorney
PAUL J. HUBBELL