MINUTE ENTRY
NORTH, M.J.
May 1, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 25-95 |
| OSBORNE NASH BODDEN WELCOME | SECTION "MBN" |

| | |
|---|---|
| CASE MANAGER: | ANGELLE MARTIN |
| COURT RECORDER: | CRIMINAL MAGISTRATE |

APPEARANCES:   Rick Veters and Dall Kammer, Assistant U. S. Attorney
Osborne Nash Bodden Welcome, Defendant
Celia Rhoads, FPD Counsel for Defendant

PROBABLE CAUSE HEARING

Case called.
All present and ready.

The Government objects to the probable cause hearing in this petty offense matter. Government intends to file briefs in this matter.   Court overrules the objection.

Government witness(es): Michael Morgan (ICE agent) sworn and testified.
Government Exhibit 1 – Affidavit (sworn statement of the defendant) - admitted and attached.
Government Exhibit 2 – Affidavit of the arresting agents - admitted and attached.

The matter was heard-argued-submitted.

As to the Charge of 8:1306(a), the Court finds no probable cause to hold the defendant, and the Court dismisses the Bill of Information without prejudice. Court notes the Government's objection for the record.

Defendant is released with the understanding that the defendant is to remain in ICE custody.

MJSTAR:  00: 30