UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO.** |
| v. | * | |
| Osborn Nash BODDEN WELCOME<br>AKA Osborn N. BODDEN<br>Ostin WELCOME-BODDEN | | |

\* \* \*

## AFFIDAVIT

1. I, Michael P. Morgan, am a Supervisory Detention and Deportation Officer (SDDO) with U.S. Immigration & Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), 1250 Poydras St, Suite 350, New Orleans, LA. I am currently assigned to the Prosecution Unit at the New Orleans Field Office.

2. I have 8-years training and experience in the enforcement of immigration and naturalization law of the United States. Part of my duties as an SDDO, requires me to identify, locate, apprehend, and remove foreign nationals or aliens who are found in the United States in violation of the Immigration and National Act (INA). I investigate criminal violations of Titles 8 and 18 of the United States Code, including illegal reentry into the United States.

3. **BODDEN WELCOME** is an alien who was issued Alien Registration Number XXX-XXX-520, on April 16, 2025, by ERO New Orleans. **BODDEN WELCOME** is a citizen and national of **Honduras** who has three documented returns to **Mexico** under Title 42 (06/12/2021, 06/15/2021, and 06/21/2021) after being encountered by the United States Border Patrol. On an unknown place and an unknown date but after June 21, 2021, **BODDEN WELCOME** entered the United States without being admitted or inspected by an immigration officer.

4.      On April 11, 2025, **BODDEN WELCOME** was encountered at the St. Charles Parish Correctional Center after being arrested by the St. Charles Sheriff's Officer for the offenses of driver must be licensed, speeding, secretary to require periodical inspections, security required, proper equipment required on vehicles and ERO New Orleans issued an ICE detainer. On April 16, 2025, **BODDEN WELCOME** was released into the custody of ERO New Orleans on the ICE detainer.

5.      On April 16, 2025, ERO New Orleans, utilizing Department of Homeland Security databases, could not find any record showing **BODDEN WELCOME** making a lawful entry into the United States, nor did he seek permission from the Attorney General to enter the United States. Furthermore, no present records show that **BODDEN WELCOME** has registered as an illegal alien as required by 8 U.S.C. § 1302.

6.      On April 16, 2025, **BODDEN WELCOME** was mirandized by Deportation Officer H. Nguyen. **BODDEN WELCOME** was able to communicate in the English language. He admitted as follows:

Question # 10 "When did you last enter the United States"? to which he responded, 2022 more or less.

Question # 11 "How and where did you enter the United States at that time"? to which he responded, through Mexico.

Question #12 "Did you register with the Department of Homeland Security to inform them that you were presently in the United States"? to which he said, no.

*/s/ Michael P. Morgan*
Michael P. Morgan (Badge #8975)
Supervisory Detention & Deportation Officer
Immigration and Customs Enforcement
Department of Homeland Security